# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **RACHAEL SPIVACK** | : | |
| | : | |
| **Plaintiff**, | : | |
| | : | |
| v. | : | Civ. No. 22-1438 |
| | : | |
| **CITY OF PHILADELPHIA,** | : | |
| **LAWRENCE S. KRASNER** | : | |
| | : | |
| **Defendants.** | : | |

## ORDER

**AND NOW**, this 9th day of August, 2022, upon consideration of the Parties' Joint Motion for Protective Order (Doc. No. 28), and after balancing the public right of access to court documents with ensuring the right to privacy in personal identifying information and medical records, it is hereby **ORDERED** that the Parties' Motion is **GRANTED**. See Pansy v. Borough of Stroudsburg, 23 F.3d 772, 783–84 (3d Cir. 1994). The Parties' Stipulated Protective Order (Doc. No. 25) is hereby entered for good cause shown.

**AND IT IS SO ORDERED.**

/s/ Paul S. Diamond

**Paul S. Diamond, J.**