# EXHIBIT 16

| # | Last Name | Name | Position Type | Position Title | Which type of request are you making? | FOLLOW UP DEC'21 | Notes | Outcome | Current status |
|---|---|---|---|---|---|---|---|---|---|
| 1 | CONF. | CONFIDENTIAL | DAO Exempt | ATTORNEY | Religious exemption or accommodation | submitted religious forms | CM/ML/CET/RL met with CONF on 3/4/22 | Resigning 6/3 | Separated |
| 2 | CONF. | CONF. | DAO Exempt | NON-ATTORNEY | Exemption for medical reasons | no documents submitted | CM call with CONF on 3/24 | Resigning 5/6 | Separated |
| 3 | CONF. | CONFIDENTIAL | DAO Exempt | NON-ATTORNEY | Exemption for medical reasons | submitted medical forms | CM/ML/CET/RL met with CONF 3/3/22 | Does not intend to get vaccinated | U-Vax Leave |
| 4 | CONF. | CONFIDENTIAL | DAO Exempt | NON-ATTORNEY | Religious exemption or accommodation | submitted religious form | CM/ML/RL met with CONF on 3/3/22 | Provided proof of vaccination | Active |
| 5 | CONF. | CONFIDENTIAL | DAO Exempt | ATTORNEY | Religious exemption or accommodation | Extension til 1/7; submitted forms | CM/ML/CET/RL met with CONF on 3/4/22 | Resigned | Separated |
| 6 | CONF. | CONFIDENTIAL | DAO Exempt | NON-ATTORNEY | Religious exemption or accommodation | submitted religious forms | CM/CET/RL met with CONF on 3/4/22 | Provided proof of vaccination | Active |
| 7 | CONF. | CONF. | DAO Exempt | ATTORNEY | Religious exemption or accommodation | submitted religious form | CM/CET/RL met with CONF on 3/4/22 | Taking legal action | U-Vax Leave |
| 8 | CONF. | CONFIDENTIAL | DAO Exempt | ATTORNEY | Exemption for medical reasons | submitted medical forms | Approved by OLR | Approved by OLR | Active |
| 9 | CONF. | CONFIDENTIAL | DAO Exempt | NON-ATTORNEY | Religious exemption or accommodation | submitted religious forms | CM/ML/CET/RL met with CONF on 3/4/22 | Provided proof of vaccination | Active |
| 10 | Spivack | Rachel Spivack | DAO Exempt | ADA - unbarred, juvenile diversion | Religious exemption or accommodation | submitted religious forms | CM/ML/CET/RL met with Rachel on 3/4/22 | Taking legal action | Separated, U-Vax Leave ended 4/7 |
| 11 | CONF. | CONFIDENTIAL | DAO Exempt | NON-ATTORNEY | Religious exemption or accommodation | extension til 2/22 due to covid illness; | sumitted letter of resignation | Retired 4/2 | Separated |
| 12 | CONF. | CONFIDENTIAL | DAO Exempt | ATTORNEY | Exemption for medical reasons | no documents submitted | CM/ML/CET/RL met with CONF on 3/4/22 | Provided proof of vaccination on 6/2 | Active |
| 1 | CONF. | CONFIDENTIAL | DC33 | CLERK | Exemption for medical reasons | submitted medical form | | | Active |
| 2 | CONF. | CONFIDENTIAL | DC33 | CLERK | Religious exemption or accommodation | submitted religious form | | | Active |
| 3 | CONF. | CONFIDENTIAL | DC33 | CLERK | Religious exemption or accommodation | submitted religious form | Approved by OLR | | Active |
| 4 | CONF. | CONFIDENTIAL | DC33 | CLERK | Religious exemption or accommodation | submitted religious form | Approved by OLR | | Active |
| 5 | CONF. | CONFIDENTIAL | DC33 | CLERK | Religious exemption or accommodation | submitted religious form | Approved by OLR | | Active |
| 6 | CONF. | CONFIDENTIAL | DC33 | CLERK | Religious exemption or accommodation | no documents submitted | | | Active |
| 1 | CONF. | CONFIDENTIAL | FOP | County Detective | Religious exemption or accommodation | No documents submitted | Denied by OLR, appealing | | Active |
| 2 | CONF. | CONFIDENTIAL | FOP | County Detective | Religious exemption or accommodation | No documents submitted | Approved by OLR | | Active |
| 3 | CONF. | CONFIDENTIAL | FOP | County Detective | Religious exemption or accommodation | No documents submitted | Approved by OLR | | Active |
| 4 | CONF. | CONFIDENTIAL | FOP | County Detective | Religious exemption or accommodation | No documents submitted | Approved by OLR | | Active |