IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RACHEL SPIVACK,<br>　　　　Plaintiff<br><br>v.<br><br>CITY OF PHILADELPHIA,<br>LAWRENCE S. KRASNER,<br>　　　　Defendants. | :<br>:<br>:<br>:  Civ. No. 22-1438<br>:<br>:<br>:<br>: |

## ORDER

**AND NOW**, this 4th day of January, 2023, upon consideration of Defendant Krasner's Motion for Summary Judgment (Doc. No. 34), Plaintiff's Motion for Summary Judgment against Defendant Krasner (Doc. No.33), Defendant City of Philadelphia's Motion for Summary Judgment (Doc. No. 32), Defendant City's Motion to Amend/Correct Motion for Summary Judgment (Doc. No. 35), and all related submissions (Doc. Nos. 36, 38, 39, 41), it is hereby **ORDERED** that:

- Defendant Krasner's Motion for Summary Judgment (Doc. No. 34) is **GRANTED**;
- Plaintiff's Motion for Summary Judgment against Defendant Krasner (Doc. No. 33) is **DENIED**;
- Defendant City's Motion to Amend/ Correct Motion for Summary Judgment (Doc. No. 35) is **GRANTED**; and
- Defendant City's prior Motion for Summary Judgment (Doc. No. 32) is **DENIED as MOOT**.
- Judgment is entered in favor of Defendants and against Plaintiff. The Clerk of Court shall close this case.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**AND IT IS SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_/s/ Paul S. Diamond_
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Paul S. Diamond, J.