IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RACHEL SPIVACK | : | |
| *Plaintiff*, | : | CIVIL ACTION NO. 2:22-cv-01438 |
| v. | : | |
| | : | |
| CITY OF PHILADELPHIA | : | |
| and | : | |
| LAWRENCE S. KRASNER | : | |
| *in his official capacity as the* | : | |
| *District Attorney of Philadelphia*, | : | |
| *Defendants*. | : | |
| _____ | : | |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff in the above-named case hereby appeals to the United States Court of Appeals for the Third Circuit from the January 4, 2023 Order denying Plaintiff's Motion for Summary Judgment and granting Defendants' Motions for Summary Judgment. (A copy of the Court's Order dated January 4, 2023 is attached hereto and marked as "Exhibit A").

Dated: February 1, 2023

By: *[signature]*
Christina Martinez, Esq.
245 Bricktown Way, Suite J
Staten Island NY 10309
(347) 215-4543
***Attorneys for Plaintiff***

Respectfully submitted,

SIDNEY L. GOLD & ASSOC., P.C.

/s/ Sidney L. Gold, Esquire
_____
SIDNEY L. GOLD, ESQUIRE

I.D. No.: 21374
1835 Market Street, Suite 515
Philadelphia PA 19103
(215) 569-1999
***Attorneys for Plaintiff***

# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RACHEL SPIVACK,<br>    Plaintiff<br><br>v.<br><br>CITY OF PHILADELPHIA,<br>LAWRENCE S. KRASNER,<br>    Defendants. | :<br>:<br>:<br>:  Civ. No. 22-1438<br>:<br>:<br>:<br>:<br>: |

# ORDER

**AND NOW**, this 4th day of January, 2023, upon consideration of Defendant Krasner's Motion for Summary Judgment (Doc. No. 34), Plaintiff's Motion for Summary Judgment against Defendant Krasner (Doc. No.33), Defendant City of Philadelphia's Motion for Summary Judgment (Doc. No. 32), Defendant City's Motion to Amend/Correct Motion for Summary Judgment (Doc. No. 35), and all related submissions (Doc. Nos. 36, 38, 39, 41), it is hereby **ORDERED** that:

- Defendant Krasner's Motion for Summary Judgment (Doc. No. 34) is **GRANTED**;
- Plaintiff's Motion for Summary Judgment against Defendant Krasner (Doc. No. 33) is **DENIED**;
- Defendant City's Motion to Amend/ Correct Motion for Summary Judgment (Doc. No. 35) is **GRANTED**; and
- Defendant City's prior Motion for Summary Judgment (Doc. No. 32) is **DENIED as MOOT**.
- Judgment is entered in favor of Defendants and against Plaintiff. The Clerk of Court shall close this case.

AND IT IS SO ORDERED.

_/s/ Paul S. Diamond_
Paul S. Diamond, J.

# **CERTIFICATE OF SERVICE**

I, Christina Martinez, certify that on this 1st day of February 2023, I served Plaintiff's Notice of Appeal on the following via ECF and/or e-mail:

Nicole S. Morris, Esquire
City of Philadelphia Solicitor's Office
1515 Arch Street, 14th floor
Philadelphia, PA 19102
Nicole.Morris@phila.gov

Lauri A. Kavulich and Jakob Williams
Clark Hill PLC
2001 Market Street, Suite 2620
Philadelphia, PA 19103
lkavulich@clarkhill.com
jfwilliams@clarkhill.com

Margaret M. DiBianca
Clark Hill PLC
824 N Market St, Suite 710
Wilmington DE 19801
MDbianca@clarkhill.com
*Counsel for Defendant City of Philadelphia*

David Smith, Esq.
Samantha Banks, Esq.
Anne Kane, Esq.
Schnader Harrison Segal & Lewis LLP
1600 Market Street, Suite 3600
Philadelphia, PA 19103
DSmith@schnader.com
SBanks@schnader.com
akane@schnader.com

Lauri Kavulich
Clark Hill PLC
2001 Market Street, Suite 2620
Philadelphia, PA 19103
lkavulich@clarkhill.com
*Counsel for Defendant Lawrence S. Krasner*

Christina Martinez, Esq.